# EXHIBIT A


Topgolf: Our Memorial Day Sale is live! Save on your Summer Fun Pass+ this weekend only. Offer ends Monday. Tap to get yours: https://tglf.io/5Sg5Gw TxtSTOP2end
Tap to load preview
Sunday, May 24 • 2:42 PM
Topgolf: Our Memorial Day Sale ends TOMORROW. Don't miss the chance to save on your


Topgolf: Today is the LAST CHANCE to snag Summer Fun Pass+ for $20 off. Tap to save on your summer plans: https://tglf.io/SQJ170
Txt STOP to end
Tap to load preview
Topgolf: School's out, Summer Fun Pass+ is IN! Memorial Day Sale extended thru SUNDAY.
$20
today, tap to
yours:
RCS message


Topgolf
Saturday, May 30 • 11:27 AM
Topgolf: Summer Fun Pass+ Extended Memorial Day Sale ends TOMORROW! Tap to save $20 on yours before it's over: https://tglf.io/BQ04Mm
Txt STOP to end
Tap to load preview
Saturday, Jun 6 • 2:47 AM
Topgolf: Make the most of the season w/ a Summer Fun Pass. Tap for perks like daily play, 5 guests f e every visit + MORE:
RCS message


Topgolf
Tuesday, Jun 16 • 3:17 PM
Topgolf: Get daily practice all summer + a FREE virtual swing analysis when you purchase a Summer Fun Pass by Father's Day: https://tglf.io/ZQ7ytv
TxtSTOP2end
Tap to load preview
Thursday, Jun 18 • 12:18 PM
Topgolf: Hurry, final days to save! Get 20% OFF gift cards
online w/ code
D2026.
RCS message


Topgolf
Topgolf: Lock in your Father's Day plans TODAY! Reservations are open for the big day.
Make it one to remember in our bays:
https://tglf.io/NS1H9k
TxtSTOP2end
Tap to load preview
Thursday, Jun 11 • 10:13 AM
Topgolf: Soccer's biggest moment kicks TODAY.


Topgolf
Monday, Jun 22 • 4:04 PM
Topgolf: Celebrate USA's 250th @ Topgolf! We've got plenty of fun, food & space to party like it's 1776! Tap to Learn more:
https://tglf.io/8SqTqB
TxtSTOP2end
Tap to load preview
Thursday, Jun 25 • 5:11 PM
Topgolf: Enjoying the global matches? Now add 100+ screens to the mix + plenty of food & fun


Topgolf
Saturday, Jun 27 • 2:31 PM
Topgolf: Sunday Funday = good vibes & great times! Up to six can play from $20/hr when you book online: https://tglf.io/WQ1PDC
Txt STOP to end
Tap to load preview
Monday, Jun 29 • 10:08 AM
Topgolf: Back by popular demand -- Half-Off Golf is here! Enjoy half-off game play all day Mo Thu when you book ahea
RCS message


Topgolf
Wednesday, Jul 1 • 5:46 PM
LET FREEDOM
SWING
TOPGOLF
July 4th Wknd Specials
USA's b-day is only 2 days away. Use code USA1776 & get 17.76% off play all wknd. Plus, We've got all the burgers, bevs & USA gear you'll need to make this 4th of July one for the books.
Text STOP to end
Celebrate in a Bay
RCS message


Topgolf
Saturday, Jul 4 • 6:08 PM
Topgolf: Happy 4th! Don't let the fun stop when the fireworks end. Lock in your Sunday Funday, just $5/ person w/ a group of 4 https://tglf.io/tSZeuF TxtSTOP2end
Tap to load preview
Tuesday, Jul 14 • 6:44 PM
Topgolf: IT'S BACK! Golf is half off all day Monday-Thursday. Book online & save:
https://tglf.io/


Topgolf: IT'S BACK! Golf is half off all day Monday-Thursday. Book online & save:
https://tglf.io/ZShf67
Txt STOP to end
Tap to load preview
Topgolf: Weekend vibes call for bays, bites & bevs! Book ahead for Sunday Funday, from $20/hr for up to 6 players:


Topgolf
Topgolf: Sunday Funday x Ultimate Summer Sweeps! Book for a chance to win:
-1 Year of Topgolf
-Party for 12
-Lessons
-Merch
https://tglf.io/FQVkRS
TxtSTOP2end
Tap to load preview


Topgolf: Summer Fun
Pass is now just $79! Act
today to get every perk
for the LOWEST PRICE
of the season!
https://tglf.io/4SmzvQ
Prices vary by loc.
TxtSTOP2end
Summer Fun Pass |
Topgolf


Topgolf
courtesy of Pepsi! Visit
& play the TG Challenge
in Topgolf Mode to
enter.
https://tglf.io/STs1rd
TxtSTOP2end
WIN A TRIP TO THE 2027
PGA CHAMPIONSHIP
Pepsi PGA
Championship Official...
topgolf.com
Topgolf: We've got plenty of
ways to save &


Topgolf
Earn a shot at $250k in the World Series of Golf Satellite Series at participating Topgolf locations! Txt STOP to end
Rrfrank12@hotmail.com
Sorry, we didn't recognize your msg. Please check your spelling. Reply STOP2quit, HELP4help.


Topgolf
25% OFF
GAME PLAY
25% Off Play This Weekend
Bring on the fun! Enjoy 25% off game play today thru Sunday w/ code SUMMER25. T&Cs apply: https://tglf.io/ORHkTz
Txt STOP to end
Redeem & Book