**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RICKY R. FRANKLIN<br><br>Plaintiff<br><br>v.<br><br>TOP GOLF USA, LLC<br><br>Defendant. | Case No.: 1:26-CV-5071-SDG |

**TOP GOLF USA, LLC CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and U.S. District Court for the Northern District of Georgia Local Rule 3.3, Defendant TopGolf International, LLC[1] ("TopGolf" or "Defendant"), hereby files this Certificate of Interested Persons and Corporate Disclosure statement stating as follows:

1. The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

[1] TopGolf International, LLC is incorrectly identified in the Complaint as "Top Golf USA, LLC." TopGolf International, LLC is the correct legal name of the entity intended to be referenced, and TopGolf International, LLC files this disclosure with this understanding.

- Callaway Golf Company (CALY)

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

- None

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

- To the best of Defendant's knowledge, Plaintiff Ricky R. Franklin is proceeding *pro se*;

- Nathan L. Garroway, Mark A. Silver, Lauren J. Towell, Dentons US LLP, Counsel for Defendant TopGolf International, LLC.

4. The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

- Defendant TopGolf International, LLC is a limited liability company organized under the laws of the State of Delaware, with a principal place of business in Texas.

Defendant reserves the right to supplement this disclosure statement if needed.

Dated: September 24, 2026

Respectfully submitted,

**DENTONS US LLP**

*/s/ Lauren J. Towell*

Nathan L. Garroway, Esq.
Georgia Bar No.: 142194
Mark A. Silver, Esq.
Georgia Bar No.: 811928
Lauren J. Towell, Esq.
Georgia Bar No.: 305478

303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Nathan.Garroway@dentons.com
Mark.Silver@dentons.com
Lauren.Towell@dentons.com

*Attorneys for Defendant*

## LOCAL RULE 7.1(D) CERTIFICATE OF FONT COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared with one of the font and point selections approved by this Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically Times New Roman 14 pt.

**DENTONS US LLP**

*/s/ Lauren J. Towell*
Lauren J.Towell, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2026, a copy of the foregoing was filed using the Court's CM/ECF system and served via email or transmission of Notices of Electronic Filing generated by CM/ECF to pro se Plaintiff's Court's CM/ECF system. The foregoing was also sent via U.S. mail to:

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281

This 24th day of September, 2026.

**DENTONS US LLP**

*/s/ Lauren J. Towell*

Lauren J. Towell, Esq.
Georgia Bar No.: 305478

303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Lauren.towell@dentons.com

*Attorneys for Defendant*